UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMIKA McLEMORE,

    Plaintiff,                          No. 16-14397

v.                                    District Judge Arthur J. Tarnow
                                       Magistrate Judge R. Steven Whalen

QUICKEN LOANS INC.,

    Defendant.

_____/

## ORDER

For the reasons stated on the record on April 20, 2017, Defendant's Motion to Limit Initial Discovery [Doc. #12] is DENIED.

IT IS SO ORDERED.

                                              s/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: April 21, 2017

## CERTIFICATE OF SERVICE

I hereby certify on April 21, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

                                              s/Carolyn Ciesla
                                              Case Manager to
                                              Magistrate Judge R. Steven Whalen