# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TAMIKA MCLEMORE, | |
| Plaintiff, | 2:16-cv-14397-AJT-RSW |
| v. | Honorable Arthur J. Tarnow<br>U.S. District Judge |
| QUICKEN LOANS INC., | Honorable R. Steven Whalen<br>U.S. Magistrate Judge |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tamika McLemore ("Plaintiff") and Defendant Quicken Loans Inc. ("Quicken Loans") (and together with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate to the dismissal of the above captioned action without prejudice as to Plaintiff and without prejudice as to any putative class members (if any), and with the Parties waiving their rights of appeal and agreeing to bear their own costs.

Dated: May 25, 2017              Respectfully submitted,

**TAMIKA MCLEMORE,**              /s/ W. Kyle Tayman
individually and on behalf of all       W. Kyle Tayman
others similarly situated,              Thomas M. Hefferon
                                         Brooks R. Brown
By: /s/ Steven L. Woodrow         GOODWIN PROCTER LLP
One of Plaintiff's Attorneys      901 New York Ave., N.W.
                                         Washington D.C. 20001
**Steven Woodrow**                Tel.: (202) 346-4000
Woodrow & Peluso, LLC             Fax: (202) 346-4444
3900 E. Mexico Avenue, Suite 300  thefferon@goodwinlaw.com
Denver, CO 80210                  bbrown@goodwinlaw.com
Phone: (720) 213-0675             ktayman@goodwinlaw.com
Email: swoodrow@woodrowpeluso.com

                                         Jeffrey B. Morganroth
**Bradley J. Friedman**           Morganroth & Morganroth, PLLC
Law Offices of Bradley J. Friedman 344 North Old Woodward Avenue
30300 Northwestern Hwy            Suite 200
Suite 101                         Birmingham, MI 48009
Farmington Hills, MI 48334        Tel: 248.864.4000
248-932-0100                      jmorganroth@morganrothlaw.com
Fax: 248-932-3512
Email: bfriedmanesq@gmail.com     *Attorneys for Quicken Loans Inc.*

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TAMIKA MCLEMORE, | 2:16-cv-14397-AJT-RSW |
| Plaintiff, | |
| v. | Honorable Arthur J. Tarnow<br>U.S. District Judge |
| QUICKEN LOANS INC., | Honorable R. Steven Whalen<br>U.S. Magistrate Judge |
| Defendant. | |

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties, this matter is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this __ day of May, 2017

_____
The Honorable Arthur J. Tarnow
United States District Court Judge