UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TAMIKA MCLEMORE,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | 2:16-cv-14397-AJT-RSW<br><br>Honorable Arthur J. Tarnow<br>U.S. District Judge<br><br>Honorable R. Steven Whalen<br>U.S. Magistrate Judge |

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties, this matter is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

May 26, 2017

Dated this ___ day of May, 2017



The Honorable Arthur J. Tarnow
United States District Court Judge



FILED
MAY 26 2017
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN